# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, | |
| Plaintiff, | Case No. 2:17-cv-01308-GMN-GWF |
| vs. | **ORDER** |
| PARTY CITY CORPORATION, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Withdraw Tara H. Popova, Esq. as counsel (ECF No. 17), filed on October 10, 2017.

Counsel represents that Tara Popova, Esq. is no longer associated with the law firm of Fox Rothschild LLP. Therefore, counsel requests that she be removed as attorney of record for Defendant. Counsel also indicates that her withdrawal will not delay the proceedings in this matter because Defendant will continue to be represented by attorneys the law firm Fox Rothschild LLP. The Court finds that counsel has provided good cause to justify granting her withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Withdraw (ECF No. 17) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Tara Popova, Esq. from the CM/ECF service list in this case.

DATED this 19th day of October, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge